UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY A. STANDARD<br><br>    Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. CV-10-0354-JPH<br><br>**ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION** |

Magistrate Judge Hutton entered an Amended Report and Recommendation on July 18, 2012, recommending Plaintiff's Motion for Summary Judgment be granted and Defendant's Motion for Summary Judgment be denied. ECF No. 24. No objection was filed.

After review, the Court adopts the Amended Report and Recommendation's analysis and recommendation. Accordingly, **IT IS HEREBY ORDERED**:

 1.  The Amended Report and Recommendation, **ECF No. 24**, is **ADOPTED.**

 2.  Plaintiff's Motion for Summary Judgment, **ECF No. 15**, is **GRANTED**. The matter is remanded to the Commissioner for additional proceedings pursuant to sentence four of 42 U.S.C. 405(g).

 3.  Defendant's Motion for Summary Judgment, **ECF No. 17**, is **DENIED.**

 4.  **Judgment** shall be entered in Plaintiff's favor.

ORDER ~ 1

1    5.   This file shall be **CLOSED**, although an application for attorney
2 fees may be filed by separate motion.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward copies to the parties and Magistrate Judge Hutton.

DATED this 21st day of August, 2012.

```
                    S/ Edward F. Shea
                     EDWARD F. SHEA
              Senior United States District Judge
```

Q:\EFS\Civil\2010\0354.adopt.lc1.wpd

Q:\EFS\Civil\2010\0354.adopt.lc1.wpd

ORDER ~ 2