UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY A. STANDARD<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | NO. 10-CV-354-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

　　　Before the Court for resolution is the Report and Recommendation entered on December 20, 2012, ECF No. 32, recommending Plaintiff Mary Standard's motion for attorney fees pursuant to the EAJA, ECF No. 27, be granted. Defendant Commissioner of Social Security Michael Astrue does not object to the amount requested.  ECF No. 31.

　　　Having reviewed the Report and Recommendation, the Court adopts the Magistrate Judge's recommendations in their entirety.  Accordingly, **IT IS HEREBY ORDERED:**

　　　1.　The Report and Recommendation, **ECF No. 32,** is **ADOPTED in its entirety**.

　　　2.　Plaintiff's Motion for EAJA Attorney's Fees, **ECF No. 27**, is **GRANTED**.

///

//

/

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

3.   This file shall be **CLOSED.**

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and forward copies to the parties and Magistrate Judge Hutton.

**DATED** this ____9th____ day of January 2013.

                        S/ Edward F. Shea
                        EDWARD F. SHEA
                Senior United States District Judge

Q:\EFS\Civil\2010\354.adopt.RR.fees.hutton.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION - 2