UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY STANDARD,<br><br>      Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant. | No. CV-10-354-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

  Before the Court is Magistrate Judge Hutton's October 16, 2013 Report and Recommendation, ECF No. 37, recommending Plaintiff Mary Standard's motion for attorney fees pursuant to 42 U.S.C. § 406(b), ECF No. 34, be granted. Defendant does not object to the amount requested. ECF No. 36.

  Having reviewed the Report and Recommendation and relevant authority, **IT IS HEREBY ORDERED**:

  1. The Report and Recommendation**, ECF No. 37**, is **ADOPTED** in its entirety.

  2. Plaintiff's Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b), **ECF No. 34**, is **GRANTED**.

  3. The Social Security Administration is directed to release net attorney fees in the amount of **$7,255.23**, which amount

ORDER **-** 1

includes an offset for previously ordered Equal Access to Justice Act fees in this case.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Hutton.

**DATED** this  19th  day of November 2013.

                    s/ Edward F. Shea
                    EDWARD F. SHEA
            Senior United States District Judge

Q:\EFS\Civil\2013\0354.adopt.rr.lc1.dotm

ORDER **-** 2